UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| GENERAL AGENTS INSURANCE<br>COMPANY, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 1:02-CV-350 |
| v. | ) | |
| | ) | Judge Curtis L. Collier |
| | ) | |
| THE MANDRILL CORPORATION, INC., | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

In accordance with the accompanying Memorandum, the Court **GRANTS** GAINSCO's

motion for summary judgment (Court File No. 69), **DISMISSES** this action, and **ORDERS** the

Clerk of Court to **CLOSE** this case. The Court also hereby **DENIES** Mandrill's motion for relief

from order under Fed. R. Civ. P. 60 (Court File No. 70).


**SO ORDERED.**

**ENTER:**


**/s/**_____
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**